LYNCH, J.

v.

GITTELMACHER, A.

**3512 EDA 2016**

Superior Court of Pennsylvania.

08/03/2017

Reargument Denied 9/19/2017

June Term, 2015 NO. 04481
(Philadelphia)

Appeal Dismissed

COM.

v.

WILLIAMS, J.

**1539 MDA 2016**

Superior Court of Pennsylvania.

08/03/2017

CP–22–CR–0002720–2012
(Dauphin)

Affirmed

IN the INTEREST OF:
J.J.R.–N., a Minor

**1899 MDA 2016**

Superior Court of Pennsylvania.

08/03/2017

CP–06–JV–0000844–2015
(Berks)

Reversed/Vacated

COM.

v.

ZILLHART, D.

**1905 MDA 2016**

Superior Court of Pennsylvania.

08/03/2017

CP–38–CR–0001834–2014
(Lebanon)

Affirmed